UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSHUA ROBERTS

    *Plaintiff*

  v.

CITY OF PAWTUCKET by and through
JOANNA L'HEUREUX in her official
capacity as Finance Director, MARIO
COMELLA, in his individual and official
capacity as a Pawtucket Police Officer,
BRIAN BEECH, in his individual and
official capacity as a Pawtucket Police
Officer, JARED. BOUDREAULT, in his
individual and official capacity as a
Pawtucket Police Officer, WILLIAM P.
BRIGGS, in his individual and official
capacity as a Pawtucket Police Officer,
JOSEPH ALTONGY, in his individual and
official capacity as a Pawtucket Police
Officer, ERIC J. BUCKA, in his individual
and official capacity as a Pawtucket Police
Officer, KENNETH B. DOLAN, in his
individual and official capacity as a
Pawtucket Police Officer, and RYAN
HEISE in his individual and official capacity
as a Pawtucket Police Officer, JOHN DOES
1-5 in their individual and official capacities
as Pawtucket Police Officers

    *Defendants*

C.A. No. 13-351-S

## <u>VOLUNTARY DISMISSAL</u>

   Now comes the Plaintiff, Joshua Roberts, by and through counsel, and hereby voluntarily

dismisses any and all claims he may have against the Defendants in the above captioned matter.

Attorney for Plaintiff,

/s/ Mark A. Fay, Esquire
Mark A. Fay, Esq. (#4208)
Murphy & Fay, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
401-490-3200
401-490-3207 Fax

Attorney for Defendants

/s/ Marc DeSisto, Esquire
Marc DeSisto, Esq. (#2757)
Desisto Law
211 Angell Street
Providence, RI 02906
401-272-4442
401-272-9937 Fax

## CERTIFICATION

I hereby certify that I have electronically filed the within with the United States District Court on this 9th day of July, 2014, that a copy is available for viewing and downloading via the ECF system, by all parties and/or counsel of record, and by regular mail, postage prepaid, and certified mail, with return receipt requested to:

Ms. Joyce Roberts
4 Orth Street
Pawtucket, RI 02860

/s/ Mark A. Fay, Esq.